# United States District Court
## For
## The Western District of New York

## Court Order

Date: March 24, 2022

Defendant's Name: Christopher Tindal

Docket Number: 6:21-CR-06038-CJS-1

Honorable Charles J. Siragusa, U.S. District Judge

THE COURT ORDERS:

- ☒ No Action
- ☐ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

_Charles J. Siragusa_
Signature of Judicial Officer

March 25, 2022
Date